**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Mitchell Baquet Family Trust, | No. CV-17-00617-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Bayview Loan Services LLC, et al., | |
| Defendants. | |

This case is closed, with Judgment entered against the Plaintiff based on res judicata and claim preclusion. (Order (Doc. 33); Judgment (Doc. 34)). Plaintiff's appeal has been denied. (Mandate (Doc. 40)). Plaintiff has filed a Notice of Void Judgment and Notice of Errata. Both are stricken, and the Clerk of the Court is directed to not accept any filings in this case, without leave of the Court.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff's Notice of Void Judgment (Doc. 41) and Notice of Errata (Doc. 42) are STRICKEN.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall not accept any further filings in this case, without leave of the Court.

Dated this 19th day of March, 2019.

Honorable David C. Bury
United States District Judge